UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-01177-JCM-VCF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, *et al*., | |
| Defendants. | |

Presently before the court is the matter of *Bank of New York Mellon v. Southern Highlands Community Association, et al.*, case number 2:16-cv-01177-JCM-VCF.

On September 26, 2016, defendant filed a motion to dismiss. (ECF No. 8). On October 6, 2016, plaintiff filed an amended complaint (ECF No. 12), thereby mooting defendant's motion to dismiss.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to dismiss (ECF No. 8) be, and the same hereby is, DENIED as moot.

DATED THIS 28th day of February, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE