# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

    Plaintiff,

v.

SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al,

    Defendants.

Case No. 2:16-cv-01177-JCM-CWH

**ORDER**

Presently before the Court is Defendant's motion to stay (ECF No. 56), filed on March 31, 2017. Plaintiff filed a response (ECF No. 64) on April 14, 2017, and Defendant filed a reply (ECF No. 66) on April 21, 2017. Defendant seeks a stay of proceedings pending resolution of the Supreme Court's resolution of the *Bourne Valley Court Trust v. Wells Fargo Bank*, 832 F.3d 1154 (9th Cir. 2016). Since this motion was filed, the Supreme Court has denied *certiorari* in *Bourne*, so the motion is now moot.

Also before the Court is Plaintiff's motion for protective order (ECF No. 45), filed on March 17, 2017. Defendant filed a combined response (ECF No. 55) and countermotion to compel (ECF No. 54) on March 31, 2017. Plaintiff filed a combined response (ECF No. 63) and reply (ECF No. 62) on April 14, 2017. Defendant filed a reply (ECF No. 66) on April 21, 2017.

The parties dispute the proper scope of a number of proposed topics for Defendant's 30(b)(6) deposition topics. However, on July 3, 2017, this Court issued an order (ECF No. 72), granting in part Defendant's motion to dismiss (ECF No. 43). Based on this order, a number of Plaintiff's claims were dismissed from the case, so it is not clear to what extent the disputed deposition topics from the parties' motion for protective order and countermotion to compel are still relevant.

//
//
//
//

1

IT IS THEREFORE ORDERED that, no later than August 24, 2017, the parties shall meet and confer and file a joint status report with the Court as to what extent the disputed deposition requests from their motion for protective order (ECF No. 45) and motion to compel (ECF No. 54) are still relevant in light of the dismissed claims, and the denial of *certiorari* in *Bourne*.

IT IS FURTHER ORDERED that Defendant's motion to stay (ECF No. 56) is DENIED as moot.

DATED: August 3, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge