# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, | Case No. 2:16-cv-01177-JCM-CWH |
| Plaintiff, | |
| v. | |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al., | **ORDER** |
| Defendants. | |

On August 4, 2017, this Court issued an order (ECF No. 76) requiring that the parties meet and confer and issue a joint status report as to what extent the disputed deposition requests from Plaintiff's motion for protective order (ECF No. 45) and Defendant's motion to compel (ECF No. 54) were still relevant in light of the Court's partial grant of Defendant's motion to dismiss (ECF No. 72). The parties filed a joint status report (ECF No. 83) on August 25, 2017, in which they proposed to file either a further joint status report or stipulation to withdraw the discovery motions within fourteen days. No further status report or stipulation has been filed. The Court will therefore deny the motions without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's motion for protective order (ECF No. 45) and Defendant's motion to compel (ECF No. 54) are DENIED without prejudice.

DATED: October 30, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1